# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| TTF, LLC ) | ASBCA Nos. 59511, 59513 |
| ) | |
| Under Contract Nos. SPM4A7-08-C-0416 ) | |
| SPM4A7-08-M-4438 ) | |

APPEARANCE FOR THE APPELLANT: Mr. David Storey
President

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Edward R. Murray, Esq.
Trial Attorney
DLA Aviation
Richmond, VA

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 30 September 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59511, 59513, Appeals of TTF, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals